368 A.2d 281
**COMMONWEALTH of Pennsylvania**
v.
**Derek SPELLS, Appellant.**

Supreme Court of Pennsylvania.

Argued May 6, 1976.

Decided Jan. 28, 1977.

238

John C. Uhler, York, for appellant.

Donald L. Reihart, Dist. Atty., York, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROB-ERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM:

 Appellant raises the following arguments on appeal: (1) the evidence was not sufficient to sustain the jury verdict of murder of the first degree; (2) the indictment was defective and should have been quashed; (3) appellant's statements to the police should have been suppressed; (4) the photographs of the victim should not have been admitted into evidence; (5) the trial court's instructions to the jury were inadequate; and (6) the verdict form submitted to the jury was prejudicial in

that it put undue emphasis on murder of the first degree. Our review of the record satisfies us that these contentions are without merit.

Judgment of sentence affirmed.